## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | **FILED** 4-11-08 APR 1 1 2008 | CASE NO: | 08 CR 297 |
| -v- | | JUDGE: | St. Eve |
| Tanya Kates-Owens | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | | |

IS THE DEFENDANT IN CUSTODY?   YES [ ]   NO [X]

### NOTICE OF ARRAIGNMENT AND PLEA

The above-entitled cause has been scheduled for an arraignment and the entry of a plea on

**Thursday, April 17th 2008 at 8:45 a.m.**                                        in Courtroom **1241**

at the Everett McKinley Dirksen Courthouse, 219 South Dearborn, Chicago, Illinois before the Honorable

Judge    **St. Eve**

You must call the United States Pretrial Services Office at (312) 435-5793 no later than 72 hours prior to your scheduled appearance in court. You will be asked to provide the Pretrial Services Office with background information that will be given to the court to assist in setting the conditions of your release. The Pretrial Services Office is located in Room 15100 of the Everett McKinley Dirksen Courthouse, 219 South Dearborn, Chicago, Illinois, 60604.

You are entitled to be represented by a lawyer at the interview with the Pretrial Services Office and at the arraignment and plea. If you cannot afford to hire a lawyer, you should contact the Federal Defender Program at (312) 621-8300 as soon as you receive this notice and an attorney will assist you. The Federal Defender Program is located at 55 East Monroe Street, Suite 2800, Chicago, Illinois, 60603.

### CERTIFICATE OF MAILING

I hereby certify that copies of this notice of arraignment and plea were mailed to:

| DEFENDANT # | 1 | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Name: | Tanya Kates-Owen | Name: | Tommy Brewer |
| Address: | N/A | Address: | 175 West Jackson Blvd. |
| City, State, ZIP: | | City, State, ZIP: | Chicago, IL 60604 |
| AUSA: | Sheri H. Mecklenburg | | |

Copies of this notice were delivered to:

[X] Court Interpreter                                       [X] Pretrial Services Office

By   Laura Springer                                          Date:   4/11/08

Additional instructions regarding notice:

[X] Docketing Department to Mail Notice        [ ] Telephoned Notice by Judges Staff

TRIBUNAL DE LOS ESTADOS UNIDOS,
DISTRITO NORTE DE ILLINOIS DIVISION ORIENTE

ESTADOS UNIDOS DE AMERICA	CAUSA No.	**08 CR 297**

contra	JUEZ:	**St. Eve**

**Tanya Kates-Owens**

## NOTIFICACION DE LA INSTRUCCION DE CARGOS

En la causa susodicha se ha concertado una audiencia para la instucción de cargos el día
**Thursday, April 17th 2008 at 8:45 a.m.**	en la sala No.	**1241**

en el Everett McKinley Dirksen Courthouse al 219 South Dearborn, Chicago, Illinois ante

el honorable Juez	**St. Eve**

Vd. deberá llamar a la Oficina de Servicios Previos al Juicio al (312) 435-5793 a más tardar con 72 horas de anticipación antes de la audiencia concertada. Se le solicitará que proporcione sus datos generales al personal de la Oficina de Servicios Previos al Juicio. Estos se pondrán a disposición del juzgado para ayudarlo a determinar las condiciones que serán impuestas a su libertad previa al juicio. La Oficina de Servicios Previos al Juicio está ubicada al 219 South Dearborn, Sala 15100, Everett McKinley Dirksen Courthouse, Chicago, Illinois, 60604.

Vd. tiene derecho a tener presente un abogado para representarlo/a durarnte la entrevista con el personal de la Oficina de Servicios Previos al Juicio y durante la instrucción de cargos. Si vd. no está en condiciones de pagar los honorarios de un abogado particular, comníquese con el Programa del Abogado de Oficio Federal (La Defensoría Pública Federal) al (312) 621-8300 en cuanto reciba vd. esta notificación y le ayudará un abogado. El Programa del Abogado de Oficio Federal está ubicado al 55 East Monroe, Suite 2800, Chicago, Illinois, 60603.

El Tribunal Federal pondrá a su disposición servicio gratuito de interpretación cuandoquiera que vd. tenga que comparecer ante el juzgado o cuando tenga cita con sus funcionarios.