# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 297 | **DATE** | 4/17/2008 |
| **CASE TITLE** | USA vs. Tanya Kates-Owens | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant acknowledges receipt of the information, waives formal reading and enters plea of not guilty to all counts. Waiver of Indictment signed in open court. 16.1(A) conference held. Change of plea hearing set for 4/22/2008 at 5:00 PM A copy of the plea agreement to be submitted to chambers no later than 4:00 PM on 4/21/2008. Defendant signs $4500 OR Bond in open court. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(8)(B)(i)time is excluded in the interest of justice beginning 4/17/2008 to 4/22/2008. (X-T).

Docketing to mail notices.

00:13

| | Courtroom Deputy Initials: | TH |
|---|---|---|