# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

UNITED STATES OF AMERICA

V.

Tanya Kates-Owens

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 297

I, _Tanya Kates-Owens_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _4/17/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Tanya Kates-Owens_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer

U.S. GOVERNMENT PRINTING OFFICE: 1985-509-008