Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 297 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. Tanya Kates-Owens | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty and enters a plea of guilty to the One Count Information. Plea Agreement signed in open court. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a Pre-sentence Investigation. Government to file its version by or on 4/29/2008. Defendant to file his version by or on 5/6/2008. Sentencing set for July 1, 2008 at 9:30 A.M. Same bond to stand.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | TH |
|---|---|---|